# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD B. FAGAN,<br>    Plaintiffs<br><br>v.<br><br>MASSMUTUAL LIFE INVESTORS' SERVICES,<br>INC., ET AL.,<br>    Defendants | CIVIL ACTION<br>NO. 3:11-cv-30184-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants MassMutual Life Invertors' Services, Inc., et al, against the plaintiff Richard B. Fagan, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment.

                                                    **ROBERT M. FARRELL**,
                                                    ACTING CLERK OF COURT

Dated: July 11, 2013                  /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
      [jgm.]